# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **V.** | (For Offenses Committed On or After November 1, 1987) |
| MARYAH MADONNA MARIA SMITH | Case Number:   19CR2477-LL |

**FRANCISCO SANCHEZ**
Defendant's Attorney

**REGISTRATION  NO.**     75419298

☐  _

The Defendant:

☒  pleaded guilty to count(s)     1 OF THE SUPERSEDING INFORMATION

☐  was found guilty on count(s)   _____
        after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18:3 | ACCESSORY AFTER THE FACT (MISDEMEANOR) | 1 |

The defendant is sentenced as provided in pages 2 through      2      of this judgment.

☐  The defendant has been found not guilty on count(s)  _____

☒  Count(s)   UNDERLYING COUNTS        are   dismissed on the motion of the United States.

☒  Assessment : $10 WAIVED
        _

☒   Fine waived      ☐  Forfeiture pursuant to order filed                          , included herein.
        IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

8/8/2019
Date of Imposition of Sentence

HON. Linda Lopez
**UNITED STATES MAGISTRATE JUDGE**

| | | |
|---|---|---|
| DEFENDANT: | MARYAH MADONNA MARIA SMITH | Judgment - Page **2** of 2 |
| CASE NUMBER: | 19CR2477-LL | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

TIME SERVED

☐    Sentence imposed pursuant to Title 8 USC Section 1326(b).

☐    The court makes the following recommendations to the Bureau of Prisons:

☐    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____ P.M.          on _____

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    on or before

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ ,  with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL

19CR2477-LL